Talasi B. Brooks (ISB #9712)
Laurence ("Laird") J. Lucas (ISB #4733)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise ID 83701
(208) 342-7024
(208) 342-8286 (fax)
tbrooks@advocateswest.org
llucas@advocateswest.org

Kristin F. Ruether (ISB #7914)
WESTERN WATERSHEDS PROJECT
P.O. Box 2863
Boise, ID 83701
(208) 440-1930 (phone)
(208) 475-4702 (fax)
kruether@westernwatersheds.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, and PREDATOR DEFENSE, <br><br> Plaintiffs, <br><br> v. <br><br> USDA APHIS WILDLIFE SERVICES <br><br> Defendant. | No. 1:17-cv-206 <br><br> **CORPORATE DISCLOSURE STATEMENT** |

CORPORATE DISCLOSURE STATEMENT— 1

Pursuant to Fed.R.Civ.P. 7.1:

Plaintiff WESTERN WATERSHEDS PROJECT hereby states that it is an Idaho non-profit organization with no parent corporation, and no publicly traded stock.

Plaintiff WILDEARTH GUARDIANS hereby states that it is a New Mexico non-profit organization with no parent corporation, and no publicly traded stock.

Plaintiff CENTER FOR BIOLOGICAL DIVERSITY hereby states that it is a California non-profit organization with no parent corporation, and no publicly traded stock.

Plaintiff PREDATOR DEFENSE hereby states that it is an Oregon non-profit organization with no parent corporation, and no publicly traded stock.

///   ///   ///

DATED this 11th day of May, 2017.          Respectfully submitted,

/s/ Talasi B. Brooks

_____
Talasi B. Brooks
Advocates for the West
tbrooks@advocateswest.org

Attorney for Plaintiffs

CORPORATE DISCLOSURE STATEMENT— 2