Talasi B. Brooks (ISB #9712)
Laurence ("Laird") J. Lucas (ISB #4733)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83712
(208)342-7024
(208)342-8286 (fax)
tbrooks@advocateswest.org
llucas@advocateswest.org

Kristin F. Ruether (ISB #7914)
WESTERN WATERSHEDS PROJECT
P.O. Box 2863
Boise, ID 83701
(208)440-1930
(208)472-4705 (fax)
kruether@westernwatersheds.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, and PREDATOR DEFENSE,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>USDA APHIS WILDLIFE SERVICES,<br><br>　　　　　Defendant. | No. 1:17-cv-206<br><br>CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS |

Pursuant to F. R. Civ. P. 4, the undersigned counsel hereby certifies that on May 11, 2017, she caused true and accurate copies of the COMPLAINT and CIVIL SUMMONS in this action to be served by certified mail, return receipt requested, upon the Defendant, the U.S.

CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS--1

Attorney for the District of Idaho, and the Attorney General of the United States, at the following addresses:

USDA APHIS Wildlife Services
4700 River Rd.
Riverdale, MD 20737

Civil Process Clerk
800 E. Park Blvd. #600
Boise, ID 83712

Jefferson Sessions III
Department of Justice
950 Pennsylvania Ave. NW
Washington DC 20530-0001

      A true and accurate copy of the return receipts from these mailings, demonstrating completed service upon the above, is attached hereto.

Dated: June 5, 2017            Respectfully submitted,

                                        s/ Talasi B. Brooks
                                        Talasi B. Brooks (ISB #9712)
                                        ADVOCATES FOR THE WEST
                                        P.O. Box 1612
                                        Boise, ID 83712
                                        (208)342-7024
                                        (208)342-8286 (fax)
                                        tbrooks@advocateswest.org

                                        Attorney for Plaintiff