Talasi B. Brooks (ISB # 9712)
Laurence ("Laird") J. Lucas (ISB # 4733)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83712
(208)342-7024
(208)342-8286 (fax)
tbrooks@advocateswest.org
llucas@advocateswest.org

Kristin F. Ruether (ISB # 7914)
WESTERN WATERSHEDS PROJECT
P.O. Box 2863
Boise, ID 83701
(208) 440-1930 (phone)
(208) 475-4702 (fax)
kruether@westernwatersheds.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, CENTER FOR BIOLOGICAL DIVERSITY, WILDEARTH GUARDIANS, and PREDATOR DEFENSE,<br><br>Plaintiffs,<br><br>v.<br><br>USDA WILDLIFE SERVICES,<br><br>Defendant. | No. 1:17-cv-206-BLW<br><br>**DECLARATION OF TALASI B. BROOKS** |

I, Talasi B. Brooks, declare as follows:

BROOKS DECLARATION--1

I am counsel of record for Plaintiffs in the above-captioned matter. This declaration is submitted in support of Plaintiff's Motion for Summary Judgment, filed herewith. I am over 21 years old and have personal knowledge of the matters set forth below.

1. Attached as Exhibit 1 is a true and accurate copy of a record I received from the Bureau of Land Management (BLM) on July 19, 2017, in response to a FOIA request. This record demonstrates that Wildlife Services did not conduct Annual Work Plan meetings with the Idaho Falls Bureau of Land Management District between 2014 and 2017.

2. Attached as Exhibit 2 is a true and accurate copy of a record I received from the BLM on July 19, 2017, in response to a FOIA request. In this record a Wildlife Services employee refers to an Annual Work Plan as a "courtesy document" that is not legally mandated.

3. Attached as Exhibit 3 is a true and accurate copy of an April 3, 2017 email from a Wildlife Services employee, received from BLM via FOIA on July 19, 2017, in which the employee transmits a copy of the 2016 Annual Work Plan for the Idaho Falls District BLM to BLM because BLM still does not have a copy. The Wildlife Services employee states that "last year's work plan… is still in effect until we finalize the new 2017 work plan."

4. Attached as Exhibit 4 is a true and accurate copy of an email received from the Forest Service Region 1 via FOIA, in which an employee of the Idaho Panhandle National Forest expresses discomfort with the check-the-box Annual Work Plan process.

5. Attached as Exhibit 5 is a true and accurate copy of an email from Forest Supervisor Rick Brazell received from the Forest Service Region 1 via FOIA, in which Supervisor Brazell states that communications with Wildlife Services need to be improved prior to Wildlife Services implementing controls on Forest Service land.

6. Attached as Exhibit 6 is a true and accurate copy of a February 14, 2017 email, received from the Forest Service Region 1 via FOIA, in which the District Ranger for the Yellowstone Ranger District refers to a meeting with Wildlife Services in which the Forest Service refused to treat its Annual Work Plan as a rubber-stamp on requests to conduct control in the wilderness.

7. Attached as Exhibit 7 is a true and accurate copy of an August 1, 2017 email I sent the Forest Service Region 4 FOIA Officer when my FOIA request for 2017 Annual Work Plans and 2016 Summary Reports for Forests in Region 4 failed to produce any records.

8. Attached as Exhibit 8 is a true and accurate copy of the response I received from the Forest Service Region 4 FOIA Officer stating that no additional responsive records had been found, after Region 4 conducted a second search for 2017 Annual Work Plans and 2016 Summary Reports.

9. Attached as Exhibit 9 is a true and accurate copy of a map of the BLM Twin Falls District, with grazing allotments labeled. I received the map from Plaintiff Western Watersheds Project. Former Western Watersheds Project Idaho Director Ken Cole made this map. Declaration of Kenneth Cole ¶ 5.

10. Attached as Exhibit 10 is a true and accurate copy of the 2012 Annual Work Plan and 2011 Summary Report for BLM's Twin Falls District, reflecting that Wildlife Services reported killing 1,846 coyotes on the Twin Falls District in 2011. Wildlife Services provided this record in response to a FOIA request.

11. Attached as Exhibit 11 is a true and accurate copy of the 2013 Annual Work Plan and 2012 Summary Report for BLM's Idaho Falls District, reflecting that Wildlife Services

reported killing 718 coyotes on the Idaho Falls District in 2012. Wildlife Services provided this record in response to a FOIA request.

12.     Attached as Exhibit 12 is a map of Idaho BLM Districts, which shows that the Twin Falls and Idaho Falls BLM Districts are adjacent to one another and occupy much of Southern Idaho. I downloaded the map from BLM's website at https://www.blm.gov/idaho/advisories-and-closures on January 21, 2018. The webpage indicates that the green regions on the map comprise the Twin Falls District or "Central" District, and the pink regions comprise the Idaho Falls District, or "Eastern" District.

13.     Attached as Exhibit 13 is a true and accurate copy of a communication with opposing counsel Christine England, in which she states that Wildlife Services only considered the three years' worth of Annual Work Plans and summary reports included in the Record, in response to my request to supplement the Record.

14.     Attached as Exhibit 14 is a true and accurate copy of the 2017 Data Quality Act challenge filed by PEER and others, concerning Wildlife Services' reliance on the 1975 Connolly and Longhurst study estimating the amount of mortality a healthy coyote population can withstand at 70 percent.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 26th day of January, 2018 at West Hartford, Connecticut.

> Respectfully submitted,
>
> /s/ Talasi B. Brooks
> Talasi B. Brooks
> ADVOCATES FOR THE WEST
> P.O. Box 1612
> Boise, ID 83701
> (208) 342-7024

(208) 342-8286 (fax)
tbrooks@advocateswest.org

Attorney for Plaintiffs

BROOKS DECLARATION--5