Talasi B. Brooks (ISB #9712)
Laurence ("Laird") J. Lucas (ISB #4733)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83712
(208)342-7024
(208)342-8286 (fax)
tbrooks@advocateswest.org
llucas@advocateswest.org

Kristin F. Ruether (ISB #7914)
WESTERN WATERSHEDS PROJECT
P.O. Box 2863
Boise, ID 83701
(208)440-1930
(208)472-4705 (fax)
kruether@westernwatersheds.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, and PREDATOR DEFENSE,<br><br>        Plaintiffs,<br><br>        v.<br><br>USDA APHIS WILDLIFE SERVICES,<br><br>        Defendant,<br><br>---<br><br>IDAHO WOOL GROWERS' ASSOCIATION,<br><br>        Defendant-Intervenor. | No. 1:17-cv-206-BLW<br><br><br><br><br>**STIPULATION RE: SCHEDULING ON PLAINTIFFS' MOTION FOR REMEDIES** |

STIPULATION—1

Pursuant to the Court's Order granting Plaintiffs' Motion for Summary Judgment and denying Defendant's Cross-Motion for Summary Judgment, ECF No. 33, and the Joint Litigation Plan in this matter, ECF No. 14, and based on their discussions among themselves and with the Court, the Parties by and through their undersigned counsel agree to proceed with scheduling on Plaintiffs' anticipated Motion for Remedies as follows:

1. The Parties will negotiate and attempt to settle remedies for one month, concluding on or around August 17, 2018. If, after one month, it appears an agreed-upon resolution is unlikely, Plaintiffs will proceed to file their Motion for Remedies, and the Parties will brief remedies according to the schedule that follows.

2. Plaintiffs' Motion for Remedies will be filed on **August 31, 2018**.

3. Defendant's and Defendant-Intervenor's Responses to the Motion for Remedies will be filed on **October 5, 2018**.

4. Plaintiffs' Reply on the Motion for Remedies will be filed on **October 19, 2018**.

5. Plaintiffs request that the Court set a hearing on the Motion for Remedies in late October or early November, such that the Court can rule on the Motion for Remedies before December 1, 2018.

6. The Parties have discussed the fact that counsel for Federal Defendants will be taking maternity leave and replacement counsel may need to seek a short extension of time for Defendants' Response on the Motion for Remedies; and if that happens, the Parties will confer and attempt to agree to a revised briefing schedule.

7. All briefs will follow the Local Rules with respect to page limits.

**IT IS SO STIPULATED.**

Dated:  July 18, 2018                                             Respectfully submitted,

        s/ Talasi B. Brooks
        Talasi B. Brooks (ISB #9712)
        ADVOCATES FOR THE WEST
        P.O. Box 1612
        Boise, ID 83712
        (208)342-7024
        (208)342-8286 (fax)
        tbrooks@advocateswest.org

*Attorney for Plaintiffs*

BART M. DAVIS
UNITED STATES ATTORNEY
By:

 s/ Christine G. England
CHRISTINE G. ENGLAND
Assistant United States Attorney

*Attorneys for Federal Defendant*

HOLLAND & HART LLC
By:

s/ William G. Myers III
William G. Myers III on behalf of the firm

*Attorneys for Defendant-Intervenor Idaho Wool Growers Assn.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of July, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christine G. England
Christine.England@usdoj.gov

Attorney for Defendant

William G. Myers III

WMyers@hollandhart.com

Attorney for Defendant-Intervenor

                                  <u>s/Talasi B. Brooks</u>
                                  Talasi B. Brooks (ISB #9712)

                                  *Attorney for Plaintiffs*