Talasi B. Brooks (ISB # 9712)
Laurence J. Lucas (ISB # 4733)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, Idaho 83701
(208) 342-7024
(208) 342-8286 (fax)
tbrooks@advocateswest.org
llucas@advocateswest.org

Kristin F. Ruether (ISB # 7914)
WESTERN WATERSHEDS PROJECT
P.O. Box 2863
Boise, ID 83701
(208) 440-1930 (phone)
(208) 475-4702 (fax)
kruether@westernwatersheds.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, CENTER FOR BIOLOGICAL DIVERSITY, WILDEARTH GUARDIANS, and PREDATOR DEFENSE, | **No. 1:17-cv-206-BLW** |
| Plaintiffs, | |
| v. | **ERRATA [ECF NO. 52]** |
| USDA WILDLIFE SERVICES, | |
| Defendant, and | |
| IDAHO WOOL GROWERS' ASSOCIATION, | |
| Defendant-Intervenor. | |

In the Notice of Change of Address, ECF No. 52, the undersigned previously filed, the

caption and Certificate of Service inadvertently failed to include Defendant-Intervenor the Idaho

ERRATA—1

Wool Growers' Association and its counsel.  The caption should be the one above, and the

Certificate of Service should read as follows:

### CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2018, I filed the foregoing NOTICE OF CHANGE OF ADDRESS electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christine G. England
Christine.England@usdoj.gov

Robert Firpo
Robert.Firpo@usdoj.gov

Attorneys for Defendant

William G. Myers III
wmyers@hollandhart.com

Murray D. Feldman
mfeldman@hollandhart.com

Attorneys for Defendant-Intervenor

A corrected Notice of Change of Address is filed herewith.

Dated:   December 31, 2018                      Respectfully submitted,

                                                /s/ *Talasi B. Brooks*
                                                Talasi B. Brooks (ISB # 9712)

                                                *Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2018, I filed the foregoing ERRATA and accompanying NOTICE OF CHANGE OF ADDRESS [CORRECTED] electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christine G. England
Christine.England@usdoj.gov

Robert Firpo
Robert.Firpo@usdoj.gov

Attorneys for Defendant

William G. Myers III
wmyers@hollandhart.com

Murray D. Feldman
mfeldman@hollandhart.com

Attorneys for Defendant-Intervenor

/s/ *Talasi B. Brooks*
Talasi B. Brooks (ISB # 9712)
Attorney for Plaintiffs

ERRATA—3