Talasi B. Brooks (ISB #9712)
WESTERN WATERSHEDS PROJECT
P.O. Box 2863
Boise, ID 83701
(406) 540-2165
(208) 472-4705 (fax)
tbrooks@westernwatersheds.org

Laurence ("Laird") J. Lucas (ISB #4733)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83712
(208)342-7024
(208)342-8286 (fax)
llucas@advocateswest.org

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, CENTER FOR BIOLOGICAL DIVERSITY, WILDEARTH GUARDIANS, and PREDATOR DEFENSE,<br><br>Plaintiffs,<br><br>v.<br><br>USDA APHIS WILDLIFE SERVICES,<br><br>Defendant. | No. 1:17-cv-206-BLW<br><br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |

The undersigned counsel, Kristin F. Ruether, hereby gives notice that she is withdrawing as counsel of record for Plaintiffs Western Watersheds Project (WWP) due to leaving employment with WWP.

Scott Lake continues to represent Plaintiff WWP in this matter.

NOTICE OF WITHDRAWAL AS COUNSEL—1

DATED this 13th day of February, 2019      Respectfully submitted,

/s/ Kristin F. Ruether
Kristin F. Ruether (ISB #7914)

Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2019, I filed the foregoing NOTICE OF WITHDRAWAL AS COUNSEL electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christine G. England
Christine.England@usdoj.gov

Robert B. Firpo
Robert.Firpo@usdoj.gov

William G. Myers III
wmyers@hollandhart.com

Murray D. Feldman
mfeldman@hollandhart.com

/s/ Kristin F. Ruether
Kristin F. Ruether (ISB #7914)

Attorney for Plaintiff