LAURENCE J. LUCAS (ISB # 4733)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, Idaho 83701
(208) 342-7024
(208) 342-8286 (fax)
llucas@advocateswest.org

TALASI B. BROOKS (ISB # 9712)
WESTERN WATERSHEDS PROJECT
P.O. Box 2863
Boise, ID 83701
(208) 336-0977
tbrooks@westernwatersheds.org

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, CENTER FOR BIOLOGICAL DIVERSITY, WILDEARTH GUARDIANS, and PREDATOR DEFENSE,<br><br>Plaintiffs,<br><br>v.<br><br>USDA APHIS WILDLIFE SERVICES,<br><br>Defendant. | No. 1:17-CV-206-BLW<br><br>STIPULATION AND JOINT MOTION FOR ENTRY OF FINAL JUDGMENT |

Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate and jointly move for entry of final judgment in this matter, as follows:

WHEREAS, Plaintiffs Western Watersheds Project, *et al.* filed the Complaint in this action in May 2017 to challenge the November 2016 Final Environmental Assessment for Predator Damage Management in Idaho ("EA") and associated November 22, 2016 Decision and

**STIPULATION AND JOINT MOTION FOR ENTRY OF FINAL JUDGMENT - 1**

Finding of No Significant Impact ("DN/FONSI") issued by Defendant USDA APHIS Wildlife Services ("Wildlife Services"), *see* ECF No. 1;

WHEREAS, on June 22, 2018, the Court issued a Memorandum Decision and Order granting Plaintiffs' motion for summary judgment and denying Defendant's cross-motion for summary judgment, "find[ing] that Wildlife Services acted in an arbitrary and capricious manner in deciding not to prepare an [Environmental Impact Statement]", *see* ECF No. 33 ("Summary Judgment Decision");

WHEREAS, on August 18, 2018, Plaintiffs filed a Motion for Remedies, *see* ECF No. 39, which the Court granted in part and denied in part in its Memorandum Decision and Order entered on November 29, 2018, which vacated and remanded the EA and DN/FONSI, but declined to enter interim relief sought by Plaintiffs, *see* ECF No. 51 ("Remedies Decision");

WHEREAS, counsel for the parties engaged in negotiations regarding Wildlife Services' future predator damage management activities in Idaho in light of the Court's Remedies Order, but were unable to resolve all of their differences;

WHEREAS, Wildlife Services published notice in the Federal Register in March 2019 that it is preparing an EIS to analyze its predator damage management activities in Idaho, *see* USDA APHIS, "Environmental Impact Statement for Predator Damage Management in Idaho," 84 Fed. Reg. 7326 (Mar. 4, 2019) ("March 2019 EIS Notice");

WHEREAS, Wildlife Services published a scoping notice in the Federal Register in June 2019 proposing issues and alternatives for consideration in the EIS and requesting public comments, see USDA APHIS, "Environmental Impact Statement for Predator Damage Management in Idaho," 84 Fed. Reg. 26,809 (June 10, 2019) ("June 2019 EIS Scoping Notice");

**STIPULATION AND JOINT MOTION FOR ENTRY OF FINAL JUDGMENT - 2**

WHEREAS, Wildlife Services notified Plaintiffs of modifications to the Agency's interim predator damage management activities in Idaho until the EIS is finalized and a Record of Decision issued;

WHEREAS, the Remedies Decision directed that Plaintiffs file a new action before this Court if they seek to challenge Wildlife Services' interim predator damage management activities in Idaho, *see* ECF No. 51 at 5-7;

WHEREAS, the parties now agree that Plaintiffs' claims in this matter have been fully resolved and that further proceedings in this matter are unnecessary;

WHEREAS, the parties seek to finally resolve this matter through entry of Final Judgment, while reserving their respective rights to take further actions or bring further legal challenges in accordance with the Court's Summary Judgment Decision and Remedies Decision; and

WHEREAS, Plaintiffs further reserve the right to seek an award of reasonable attorney fees and litigation costs incurred in this matter pursuant to the Equal Access to Justice Act, following the Court's entry of Final Judgment.

NOW, THEREFORE, based on the foregoing, Plaintiffs and Defendants jointly stipulate and move the Court to enter Final Judgment under FED. R. CIV. P. 58 through the proposed form of Final Judgment submitted herewith.

**IT IS SO STIPULATED AND JOINTLY MOVED.**

Dated:  August 9, 2019         */s/ Laurence ("Laird") J. Lucas*
                               LAURENCE J. LUCAS (ISB # 4733)
                               ADVOCATES FOR THE WEST
                               P.O. Box 1612
                               Boise, Idaho 83701
                               (208) 342-7024
                               (208) 342-8286 (fax)
                               llucas@advocateswest.org

**STIPULATION AND JOINT MOTION FOR ENTRY OF FINAL JUDGMENT - 3**

TALASI B. BROOKS (ISB # 9712)
WESTERN WATERSHEDS PROJECT
P.O. Box 2863
Boise, ID 83701
(208) 336-0977
tbrooks@westernwatersheds.org

Attorneys for Plaintiffs


*/s/ Robert Burke Firpo*
CHRISTINE GEALY ENGLAND
ROBERT BURKE FIRPO
United States Attorney's Office
800 Park Blvd. Ste. 600
Boise ID 83712
(208) 334-1211
christine.england@usdoj.gov
robert.firpo@usdoj.gov

Attorneys for Defendants

**STIPULATION AND JOINT MOTION FOR ENTRY OF FINAL JUDGMENT - 4**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2019, I electronically filed the foregoing STIPULATION AND JOINT MOTION FOR ENTRY OF FINAL JUDGMENT through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christine G. England
Christine.England@usdoj.gov

Robert B. Firpo
Robert.Firpo@usdoj.gov

William G. Myers III
wmyers@hollandhart.com

                                            */s/ Laird J. Lucas*
                                            Laird J. Lucas